UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREATER CONCORD MISSIONARY BAPTIST CHURCH,<br><br>        Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, INC., and MID-CENTURY INSURANCE COMPANY, LLC,<br><br>        Defendants. | Case No. 18-cv-422-C |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the Plaintiff, Greater Concord Missionary Baptist Church, and the Defendants, Farmers Insurance Exchange, Inc., and Mid-Century Insurance Company, LLC, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, jointly stipulate and agree to the dismissal of the above-captioned lawsuit with prejudice to the refilling thereof.

| | |
|---|---|
| /s/Kenyatta R. Bethea | /s/F. Thomas Cordell |
| Kenyatta R. Bethea, OBA #18650 | F. Thomas Cordell, OBA #1912 |
| HOLLOWAY, BETHEA & OSENBAUGH | Amanda Mullins, OBA #30186 |
| **Attorney for Plaintiff** | FRAILEY CHAFFIN CORDELL |
| 3035 N.W. 63rd Street, Suite 102N |   PERRYMAN & STERKEL LLP |
| Oklahoma City, OK 73116 | **Attorneys for Defendants** |
| T: (405) 246-0600 | 201 North 4th Street |
| F: (405) 810-4080 | PO Box 533 |
| kbethea@hbolaw.com | Chickasha, OK 73023 |
| | T: (405) 224-0237 |
| | F: (405) 222-2319 |
| | tcordell@fccpsm.com |
| | amullins@fccpsm.com |